# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Atwoyn T. Spencer, | Case No. 19-cv-94 (PJS/SER) |
| Petitioner, | |
| v. | **ORDER** |
| R. Marques, | |
| Respondent. | |

PATRICK J. SCHILTZ, United States District Judge

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED** that Petitioner Antwoyn T. Spencer's Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in State Custody, (ECF No. 1), be **DISMISSED WITHOUT PREJUDICE.**

Dated: August 19, 2019

                                                                       *s/Patrick J. Schiltz*
                                                                       PATRICK J. SCHILTZ
                                                                       United States District Judge